Case Name: JANETTE J. RICHARDS
Case No:   06-70237

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 1/24/08    WILLIAM T. NEARY
                 United States Trustee, Region 11


                 BY:  */s/ Carole J. Ryczek*
                      CAROLE J. RYCZEK
                      Attorney for the U.S. Trustee