UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| RICHARDS, JANETTE J | ) | CASE NO. 06-70237-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    U.S. Bankruptcy Court, 211 S. Court St., Rockford, IL

   On: Monday, February 25, 2008          Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $80,096.64 |
   | Disbursements | $53,249.54 |
   | Net Cash Available for Distribution | $26,847.10 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Daniel M. Donahue<br>*Trustee* | $0.00 | $6,195.28 | $0.00 |
   | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $7,300.00 | $268.51 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |

7.  Claims of general unsecured creditors totaling $9,406.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 105.9466% at the T-Bill rate of 4.7200%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 0 | Richards, Janette J | $3,073.00 | $3,073.00 |
| 1 | Pain Management Assoc. | $1,779.70 | $1,936.89 |
| 2 | Carlson Orthopaedic Clinic | $443.55 | $482.73 |
| 3 | Roundup Funding, LLC | $552.80 | $601.62 |
| 4 | eCast Settlement Corporation Assign | $1,031.82 | $1,122.95 |
| 5 | ComEd Company | $228.73 | $248.93 |
| 6 | Rockford Mercantile Agency Inc | $2,220.73 | $2,416.87 |
| 7 | Verizon North Inc | $75.67 | $82.35 |

8.  Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |

9.  Back to Debtor claims totaling $3,117.97 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 100.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 0 | Richards, Janette J | $3,117.97 | $3,117.97 |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |

| | |
|---|---:|
| Checking Account | $46.30 |
| Household goods and furnishings | $880.00 |
| Wearing Apparel | $100.00 |
| 2004 Dodge Intrepid | $13,000.00 |
| 1999 Harley Davidson Sportster | $8,000.00 |

Dated: December 18, 2007         /s/ Daniel M. Donahue, Trustee

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

0237   Doc 53   Filed 01/28/08   Entered 01/30/08 23:57:23   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez            Page 1 of 2             Date Rcvd: Jan 28, 2008
Case: 06-70237                Form ID: pdf002          Total Served: 57

The following entities were served by first class mail on Jan 30, 2008.
db         +Janetta J Richards,    1060 Briden Drive,    Apt 5,    Marengo, IL 60152-2940
aty         Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty        +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
10611925   +Camelot Radiology Associates,    Post Office Box 1685,    Rockford, Illinois 61110-0185
10611926    Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
10611927    Carlson Orthopaedic Clinic,    1848 Daimler Road,    Rockford, IL 61112-1019
10611928   +Centegra Memorial Medical Center,    Post Office Box 1990,    Woodstock, Illinois 60098-1990
11486983   +Charter Communications,    PO Box 1127,    Janesville, WI 53547-1127
11486982   +Charter Communications,    %Credit Protection Assoc,    13355 Noel Rd,    Dallas, TX 75240-6602
10692299   +Chrysler Financial,    901 Warrenville Rd #500,    Lisle, IL 60532-4504
10611929    ComEd,    Attn.: Revenue Management,    2100 Swiss Drive,    Oak Brook, Illinois 60523
10657088   +DaimlerChrysler Financial Services Americas LLC,    %Riezman Berger PC,
             7700 Bonhomme Ave 7th Floor,    St Louis, MO 63105-1960
10611930    David Richards,    2263 Oakwood Drive,    Belvidere, IL 61008-7098
10611932   +Dr. Disanti,    109 South Genoa Street,    Genoa, Illinois 60135-1120
10611933   +Dr. Soriano,    1021 N. Mulford Road,    Rockford, IL 61107-3877
10611934   +Ear, Nose & Throat Spec.,    435 N. Mulford Rd., #10,    Rockford, IL 61107-5100
10611935    Ear, Nose & Throat Specialists,    c/o Creditors Protection Sev.,    Post Office Box 4115,
             Rockford, IL 61110-0615
10611936    Empi, Inc.,    Post Office Box 71519,    Chicago, IL 60694-1519
10611937   +Flavio Cordano, DPM,    4833 Manhattan Drive,    Rockford, IL 61108-2265
10611938   +Frederickson Counseling,    5702 Elaine Drive,    Rockford, IL 61108-2458
10611939   +Genoa Medical,    109 S. Genoa Street,    Genoa, Illinois 60135-1120
10611942   +HSBC Bank USA,    Post Office Box 98706,    Las Vegas, NV 89193
10611941    Household Finance,    Post Office Box 17574,    Baltimore, MD 21297-1574
10611943   +Joe Buchanan,    20776 Ridgeview Lane,    Marengo, Illinois 60152-8617
10611944   +Madhav K. Srivastava, MD,    Rockford Neurological Consultants,    5668 E. State Street, #2700,
             Rockford, IL 61108-3108
10611945   +Medical Resource,    6550 E. Riverside Blvd.,    Loves Park, IL 61111-4424
10611946    Moraine Emergency Physicians,    Post Office Box 8759,    Philadelphia, PA 19101-8759
10611948   +Norwest Finance,    4920 E. State Street,    Rockford, IL 61108-2272
10611949   +Pain Management Assoc.,    c/o Account Recovery,    PO Box 2526,    Loves Park, IL 61132-2526
10611950   +Perryville Sugical Assoc.,    1848 Daimler Rd.,    Rockford, IL 61112-1019
10611951   +Physicians Immediate Care,    11475 North Second Street,    Machesney Park, Illinois 61115-1285
10611952   +Regina B. Bielkus, MD,    Rockford Neurological Consultants,    5668 E. State Street, #2700,
             Rockford, IL 61108-3108
10611953    Retailers National Bank,    c/o Marshall Fields Credit Serv.,    Post Office Box 1581,
             Minneapolis, MN 55440-1581
10611954    Rock Valley Anesthesiologist,    c/o Account Recovery,    5183 Harlem Rd.,
             Loves Park, IL 61111-3448
10611956    Rockford Anesthesiologist,    Post Office Box 4569,    Rockford, Illinois 61110-4569
10611955    Rockford Anesthesiologist,    c/o Creditor's Protection Serv.,    Post Office Box 4115,
             Rockford, IL 61110-0615
10611957   +Rockford Cardiology,    5668 East State Street,    Rockford, Illinois 61108-2490
11521067   +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
10611958   +Rockford Orthopedic Appliance Co.,    422 E. State Street,    Rockford, IL 61104-1015
10611959    St. Anthony Medical Center,    5666 E. State Street,    Rockford, Illinois 61108-2472
10611960    St. Anthony Medical Center,    c/o Rockford Mercantile Agency,    Post Office Box 5847,
             Rockford, IL 61125-0847
11486984   +Stanley Matusik DDS,    200 W Main St,    Carpentersville, IL 60110-1791
11486985   +Stanley Matusik DDS,    %IC System Inc,    PO Box 64437,    St. Paul, MN 55164-0437
11439406    Target National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
10611961    Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
10611962   +Verizon,    BK Administration,    404 Brock Drive,    Bloomington, IL 61701-2654
11531934   +Verizon North Inc,    AFNI/Verizon,    404 Brock Dr,    Bloomington, IL 61701-2654
10611963   +Washington Mutual/Providian,    Post Office Box 9007,    Pleasanton, CA 94566-9007
10611964   +Wells Fargo Financial,    Post Office Box 5943,    Sioux Falls, SD 57117-5943
10611965   +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 State View Blvd.,
             Fort Mill, South Carolina 29715-7203
10611966   +Woodstock Imaging Assoc.,    520 E. 22nd Street,    Lombard, Illinois 60148-6110
11447328    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
             POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Jan 29, 2008.
11497551   +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd Company,
             Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
10611940   +E-mail/PDF: bankruptcy.notices@hdfsi.com Jan 29 2008 04:07:12      Harley Davidson Credit,
             4150 Technology Way,    Carson City, NV 89706-2026
10611947    E-mail/Text: bankrup@nicor.com                                 Nicor,    Post Office Box 2020,
             Aurora, Illinois 60507-2020
11609988    E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jan 29 2008 04:06:42      ROUNDUP FUNDING, LLC,
             MS 550,    PO BOX 91121,    SEATTLE, WA 98111-9221
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
10611931*    David Richards,    2263 Oakwood Drive,    Belvidere, IL 61008-7098
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3         User: cshabez           Page 2 of 2             Date Rcvd: Jan 28, 2008
Case: 06-70237               Form ID: pdf002         Total Served: 57

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2008**                        **Signature:**    *Joseph Speetjens*