UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JANETTE J. RICHARDS, | ) | NO. 06-70237 |
| | ) | |
| Debtor. | ) | JUDGE MANUEL BARBOSA |
| | ) | |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_5-15-08_                                    _[signature]_
DATE                                         TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this ____ day of _May_, 2008.

WILLIAM T. NEARY
United States Trustee

By: _[signature]_
CAROLE RYCZEK
Assistant U.S. Trustee

**Bank of America**

```
CUSTOMER CONNECTION                      Account Number      4428690056
BANK OF AMERICA, N.A.                    01 01 148 06 M0000 E#        1
DALLAS, TEXAS  75283-2406                Last Statement:     03/31/2008
                                         This Statement:     04/30/2008


                                         Customer Service
                                         1-877-757-8233
ESTATE OF
RICHARDS, JANETTE J, DEBTOR
DANIEL M. DONAHUE - TRUSTEE              Page       1 of     2
06-70237
C/O GLOBAL GOVERNMENT BANKING            Bankruptcy Case Number:0670237
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 04/01/2008 - 04/30/2008   Statement Beginning Balance      82.85
Number of Deposits/Credits          0      Amount of Deposits/Credits         .00
Number of Checks                    1      Amount of Checks                 82.85
Number of Other Debits              0      Amount of Other Debits             .00
                                           Statement Ending Balance           .00
Number of Enclosures                1
                                           Service Charge                     .00
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 109 | 82.85 | 04/03 | 2792605019 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 82.85 | 82.85 | 04/30 | .00 | .00 |
| 04/03 | .00 | .00 | | | |

Recycled Paper